# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COLLIN LYONS,<br><br>    Plaintiff,<br><br>v.<br><br>SEASONS-4, INC.,<br><br>    Defendant. | Civil Action No.:<br>1:21-cv-2127-SCJ-AJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Collin Lyons and Defendant Seasons-4, Inc. hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and other applicable law, Plaintiff's Complaint in the above-styled action is hereby DISMISSED WITH PREJUDICE. The Parties agree to bear their own costs and expenses of litigation.

STIPULATED AND AGREED, this 1st day of November 2021.

For Plaintiff:

/s/ V. Severin Roberts
[*signed by Matthew J. Gilligan with express permission of V. Severin Roberts*]
V. Severin Roberts
Georgia Bar No. 940504
severin@justiceatwork.com

For Defendant:

/s/ Matthew J. Gilligan
Matthew J. Gilligan
Georgia Bar No. 294955
mgilligan@hgrslaw.com
Kristina K. Griffin
Georgia Bar No. 808069
kgriffin@hgrslaw.com

| | |
|---|---|
| Barrett & Farahany | Hall, Gilligan, Roberts, |
| 1100 Peachtree Street NE | & Shanlever LLP |
| Suite 500 | 3340 Peachtree Rd NE - Suite 1900 |
| Atlanta, GA 30309 | Atlanta, Georgia 30326 |
| Telephone: (404) 214-0120 | Telephone: (404) 537-5525 |
| Facsimile: (404) 214-0125 | Facsimile: (404) 537-5555 |